UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:

LLOYD B. SOKOLOW

APPEARANCE

CASE NUMBER: 00GP22 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: the petitioner, Lloyd B. Sokolow.

July 25, 2004
Date

ct04147
Connecticut Federal Bar Number

203-624-4165
Telephone Number

203-865-5598
Fax Number

wfg@gallagher-lawfirm.com
E-mail address

Signature

William F. Gallagher
Print Clearly or Type Name

P.O. Box 1925
Address

New Haven, CT  06509-1925

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

David L. Belt, Esq.
Attorney for Federal Grievance Committee
Jacobs, Grudberg, Belt & Dow
P.O. Box 606
New Haven, CT  06503

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001