UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | DOCKET NO. 00GP22 (PCD) |
| LLOYD B. SOKOLOW | : | JULY 25, 2004 |

### APPLICATION FOR REINSTATEMENT TO THE BAR OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
### (WITH EXHIBITS)

The applicant, Lloyd B. Sokolow, applies for reinstatement to the Bar of the United States District Court, District of Connecticut, pursuant to §83-2(I) of the local Rules of Practice.

In support of this application the applicant represents:

1. On October 2, 2000 this court, Langenbach, J., upon the Statewide Grievance Committee's application for reciprocal discipline, imposed the following order:

> THE RESPONDENT IS SUSPENDED FOR 3 YEARS, FROM APRIL 18, 2000 to APRIL, 2003, WITH THE NEED TO REAPPLY FOR ADMISSION. IF THE RESPONDENT FAILS TO COMPLY WITH HIS PROBATION OR FAILS TO MAKE FULL RESTITUTION, THEN THE SUSPENSION SHALL RUN FOR THE FULL TERM OF THE PROBATION, WHICH IS 5 YEARS, WITH THE NEED TO REAPPLY FOR ADMISSION.

2. Reciprocal discipline was thereafter imposed by this Court, Dorsey, J.

3. The applicant was reinstated to the Connecticut bar on May 26, 2004.

(Notice with application for reinstatement attached as Exhibit I)

4. The applicant represents that he has fulfilled all conditions imposed as part of the discipline as follows:

1

(a)   He has attached the order and conditions of probation issued April 18, 2000.  The order and conditions of probation of the Albany County Probation Department is attached as Exhibit A. All conditions, general conditions and "other conditions" as set out in Exhibit A have been fully satisfied.

(b)   The applicant has paid the $105,000 as ordered by condition no. 6 of the "other conditions" set out in Exhibit A. The record of payments by the Department of Probation for Schenectady County dated July 18, 2001, signed by Charlene M. Peek, restitution clerk, is attached to this application as Exhibit B. This record reflects payments totaling $105,000 in satisfaction of the restitution requirements set out in Exhibit A.

(c)   On November 26, 2002 the applicant was discharged from probation by the Albany County Court, Stephen Herrick, J. This order is attached as Exhibit C.

(d)   The applicant has taken and completed the MultiState Professional Responsibility Examination.  The test was administered August 8, 2003, and the applicant scored a passing grade. The record from the National Conference of Bar Examiners of this test result is attached as Exhibit D.

(e)   The applicant has attached the certificate from the New York State Bar Association reflecting that he has completed a program administered by the New York State Bar Association entitled "Ethics and Professionalism – Albany Session" on May 27, 2003. This record is attached as Exhibit E.

5.   The applicant was sentenced in New York State, Albany County Court, on April 18, 2000. In that proceeding the court and prosecutor acknowledged that the applicant had already paid $100,000 restitution to the State of New York. The order and conditions of probation, Exhibit A herein, reflects, *inter alia* , the balance of the $200,000 order, as set out in paragraph 6 of Exhibit A.  The transcript of proceedings in the Albany County Court on April 18, 2000 is attached as Exhibit F. Applicant attaches this exhibit so that there will be no misunderstanding with respect to the full restitution made to the State of New York.

6.   The applicant, besides the CLE course administered by the State of New York Bar Association on ethics and professionalism on May 27, 2003 (Exhibit E) has completed a course at Union College's MBA program in "Ethics and the World

2

Marketplace." The transcript of this course reflecting the applicant's passing grade is attached as Exhibit G.

7. The applicant obtained the following degrees from the University of Buffalo: Bachelor's Degree in 1971; Master's Degree in 1973; Juris Doctor Degree in 1978; and Ph.D in 1979. The doctoral program was a joint Ph.D-J.D. program that combined law and the social sciences. The applicant's CV is attached to this application as Exhibit H.

8. The applicant, having completed all the terms and conditions of his probation, resulting in his early discharge from probation, and having completed two ethics courses and passed the MultiState Professional Responsibility Examination, as aforesaid, and having been reinstated in Connecticut, applies for reinstatement to the Bar of The United States District Court for the District of Connecticut. The applicant intends to relocate to Connecticut to practice law here.

9. The applicant has ordered a certificate of good standing in the Connecticut Bar, and has ordered the transcript of the Connecticut reinstatement proceedings held on May 26, 2004, neither of which have yet been received. The applicant will supplement this application with those documents as soon as received.

WHEREFORE, the applicant, Lloyd B. Sokolow, seeks reinstatement to the Bar of this Court.

Respectfully Submitted,
The Applicant,

By: _____
WILLIAM F. GALLAGHER
Federal Bar No. ct04147

The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT  06509-1925
Tel:  (203) 624-4165
Fax: (203) 865-5598
E-mail:  wfg@gallagher-lawfirm.com

## *ORDER*

The above motion, having been heard, it is hereby ORDERED:

GRANTED  //  DENIED

THE COURT,

By: _____

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this date to:

David L. Belt, Esq.
Attorney for Federal Grievance Committee
Jacobs, Grudberg, Belt & Dow
P.O. Box 606
New Haven, CT  06503

By _____
WILLIAM F. GALLAGHER
Federal Bar No. ct04147

The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT  06509-1925
Tel:  (203) 624-4165
Fax: (203) 865-5598
E-mail:  wfg@gallagher-lawfirm.com