# EXHIBIT A

## ORDER AND CONDITIONS OF PROBATION---ADULT

To _____**Patrica L. Aikens**_____ (Director of Probation)

_____**ALBANY COUNTY**_____ (Probation Department)

Name: _____**SOKOLOW, Lloyd B.**_____ Date of Birth: __11/3/49__

Address: _____1079 Maryland Avenue, Schenectady, NY 12308_____

having been (convicted of) Engaging in a Prohibited Practice, Social Service Law, 366-dc bi,

__E/FELONY, Petit Larceny, 155.25 P.L., A/MISDEMEANOR, Attempted Grand Larceny, 2nd

110/155.40 (1) D/FELONY__

is this day sentenced to probation for a period of __5__ years under your supervision. While on probation (she) he shall observe the following conditions of probation and any other which the Court may impose at a later date, and (she) he shall also follow the instruction of the probation officer as to the way in which these conditions are to be carried out:

### GENERAL CONDITIONS:

1. Report to probation officer as directed by the Court or the probation officer and permit the probation officer to visit him (her) at his (her) place of abode or elsewhere.

2. Remain within the jurisdiction of the Court unless granted permission to leave by the Court or the probation officer.

3. Answer all reasonable inquiries by the probation officer and promptly notify the probation officer prior to any change in address or employment.

### OTHER CONDITIONS:

1. Maintain a residence as approved by the Probation Department.

2. Refrain from committing any additional crime, offense, violation or other illegal activity.

3. Advise the supervising Probation Officer of any rearrest within 24 hours.

4. Submit to a search of his person, premises, residence, vehicle and area under his immediate control without prior notification and as deemed appropriate by the Probation Department.

5. Maintain verifiable full-time employment and/or attend school on a regular basis.

Name __SOKOLOW, Lloyd B._____ Date of Birth __11/3/49__

**OTHER CONDITIONS: Continued...**

6. The defendant is ordered to make restitution to Attn: John P. Miller, NYS Attorney General, Medial Fraud Control Unit, The Capital, Albany, NY 12224-0341 in the amount of $100,000 and to pay a 5% surcharge in the amount of $5,000. This total of $105,000 shall be paid as follows: In (56 monthly) installments of $1,786.00 for restitution payment and $89.29 for surcharge payment. Each installment payment, therefore, shall be $1,875.29. All payments (restitution and surcharge) shall be made to the Probation Department and shall be paid in full by 1/12/2005.

7. Not to own, have in possession, residence or motor vehicle any weapon as defined in Section 265.00 of the Penal Law. Further, shall not possess or own any instrument construed to be a weapon by his supervising Probation Officer.

NOTE: Under the Federal Gun Control Act any person ever convicted of a felony may not lawfully use or possess a firearm.

The period of probation shall expire on __4-18-05__ unless terminated by the Court prior to the aforementioned date.

Dated this __19__ day of __April__ 20__02__

_____ (Judge)
_____ (Court)

I have read and understand the above conditions of probation. I agree to abide by them.

Dated this __18__ day of __April__ 20__00__

_____ (Probationer)
Witness _____
(Probation Officer)

# EXHIBIT B



**SCHENECTADY COUNTY**

**DEPARTMENT OF PROBATION**

COUNTY OFFICE BUILDING, SCHENECTADY, N.Y. 12305-2114

MARY P. LOLIK, M.A.
DIRECTOR OF PROBATION

JOSEPH M. MANCINI, M.S.W.
DEPUTY DIRECTOR

PROBATION SUPERVISORS

ROBERT R. RICE
KATE HOUGHTON

Telephone: (518) 388-4330
Fax No: (518) 388-4342

July 18, 2001

Mr. Lloyd Sokolow
2183 Grand Blvd.
Schenectady, New York  12309

RE: RESTITUTION

Dear Mr. Sokolow,

As per our telephone conversation today, the following is a schedule of payments you have made on your restitution account:

| | |
|---|---|
| 7/10/2000 | $1,786.00 |
| 7/10/2000 | $1,786.00 |
| 8/14/2000 | $1,786.00 |
| 9/22/2000 | $1,786.00 |
| 11/1/2000 | $1,786.00 |
| 11/28/2000 | $1,786.00 |
| 12/29/2000 | $42,864.00 |
| 1/2/2001 | $44,634.00 |
| 3/21/2001 | $6,786.00 |

If I can be of further assistance, please do not hesitate to contact the undersigned.

Very truly yours,

Charlene M. Peek
Restitution Clerk

CMP

*Printed on recycled paper*

# EXHIBIT C

DISCHARGE FORM
(JURISDICTION RETAINED)

**RECEIVED DEC 0 2 2002**

STATE OF NEW YORK

ALBANY COUNTY COURT        COUNTY OF ALBANY

THE PEOPLE OF THE STATE OF NEW YORK

– against –

LLOYD SOKOLOW

IT APPEARING that on the 9TH day of February, 2000, the above defendant was convicted of Engaging in Prohibited Practice, Social Services Law, E/F, Petit Larceny, A/M and Attempted Grand larceny, 2nd degree, D/F in the Albany County Court, Albany County, and on the 19th day of April, 2000, was sentenced to five years Probation.

The following June 7, 2000, he was transferred to Schenectady County; jurisdiction retained.

IT APPEARING that the above Lloyd Sokolow was placed on Probation, pursuant to Statute, and

IT FURTHER APPEARING that a recommendation has been presented to the Court by the Supervising Probation Department, that you now be discharged from Probation by this Court.

It is the order of this Court that Lloyd Sokolow be discharged from Probation.

Dated at Albany, New York
this 26 day of November, 2002

Honorable ~~Daniel Lamont~~ Stephen Herrick, Judge

015R/dcc

# EXHIBIT D



# NATIONAL CONFERENCE OF BAR EXAMINERS
## MULTISTATE PROFESSIONAL RESPONSIBILITY EXAMINATION

### EXAMINEE'S REPORT OF SCORES

Please review carefully all information printed below. If any data are incorrect or incomplete, contact the board of bar examiners in the jurisdiction to which your scores were reported.

| RAW SCORE | SCALED SCORE | TEST DATE | SOCIAL SECURITY NUMBER* |
|---|---|---|---|
| 30 | 80 | 08/08/03 | 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 |

* If you did not indicate a Social Security number on your answer sheet, an identification number was assigned to your record for processing purposes.

SOKOLOW, LLOYD B
2183 GRAND BLVD
NISKAYUNA, NY  12309

Your scores (shown above) were reported to the following jurisdiction as you requested in Block J of your answer sheet:

Each jurisdiction has the authority to determine its own passing score.

### EXPLANATION OF SCORES

Your RAW SCORE is the number of test questions that you answered correctly in the examination. The lowest possible raw score is 0; the highest is 50.

SCALED SCORES are standard scores that range from 50 (low) to 150 (high). Originally, the mean (average) scaled score was established at 100. The conversion of raw scores to scaled scores involves a statistical process that adjusts for variations in difficulty of different forms of the examination so that any particular scaled score will represent the same level of proficiency from test to test. For instance, if this test were more difficult than previous forms, then your scaled score would be adjusted upward to account for this difference. If this test were easier than previous forms, then your scaled score would be adjusted downward to account for this difference. The purpose of these adjustments is to help ensure that no examinee is unfairly penalized (or rewarded) for taking a harder (or easier) form of the test.

### ADDITIONAL SCORE REPORT REQUESTS

If, after the examination, you decide that you would like to have your scores sent to one or more boards of bar examiners in addition to the jurisdiction you indicated on your answer sheet, you may do so by writing to the address below. Your request should include your name, address, Social Security number, date of birth, test date, your signature, and each board of bar examiners you wish to receive a copy of your scores. Enclose $15.00 for each board of bar examiners you request.

Duplicate score reports may also be requested by following this procedure.

### REQUESTS FOR RECHECKING OF ANSWER SHEETS

A request to have your answer sheet rechecked must be received within three months of the original test date. The request must be in writing and should include your name, Social Security number, date of birth, test date, and your signature, and should be sent to the address below.

082703 10059319

Multistate Professional Responsibility Examination
Records Department
P.O. Box 451, Iowa City, Iowa 52243
Telephone: (319) 337-1304.