# EXHIBIT I

STATEWIDE GRIEVANCE            VS.
SOKOLOW, LLOYD B.                        CV-00-0800240-S

APPLICATION FOR REINSTATEMENT (103):
GRANTED.
(LANGENBACH, J)
(SHORTALL, J)
(BENIVEGNA, J)
D.C. WALDEN A/C
5/26/04

SUPERIOR COURT
95 WASHINGTON STREET
HARTFORD, CT                06106

GALLAGHER LAW FIRM
PO BOX 1925
                            NEW HAVEN         CT 06509

DATED: MAY 26, 2004
HHD

NO. CV00 0800248 : SUPERIOR COURT

STATEWIDE GRIEVANCE
COMMITTEE                         : J.D. OF HARTFORD

VS.                               : AT HARTFORD

LLOYD B. SOKOLOW                  : OCTOBER 13, 2003

## APPLICATION FOR REINSTATEMENT TO THE CONNECTICUT BAR

The applicant Lloyd B. Sokolow applies for reinstatement to the Connecticut bar pursuant to §2-53 of the Practice Book.

In support of this application, the applicant represents:

1. On October 2, 2000 this court, Langenbach, J., upon the Statewide Grievance Committee's application for reciprocal discipline, imposed the following order:

> THE COURT ACCEPTS THE RECOMMENDED DISPOSITION. THE RESPONDENT IS SUSPENDED FOR 3 YEARS, FROM APRIL 18, 2000 TO APRIL, 2003, WITH THE NEED TO REAPPLY FOR ADMISSION. IF THE RESPONDENT FAILS TO COMPLY WITH HIS PROBATION OR FAILS TO MAKE FULL RESTITUTION, THEN THE SUSPENSION SHALL RUN FOR THE FULL TERM OF THE PROBATION, WHICH IS 5 YEARS, WITH THE NEED TO REAPPLY FOR ADMISSION.

2. The applicant represents that he has fulfilled all conditions imposed as part of the discipline, as follows:

> (a) He has attached the order and conditions of probation issued April 18, 2000. The order and conditions of probation of the Albany County Probation Department is attached as Exhibit A. All conditions, general conditions and "other conditions" as set out in Exhibit A have been fully satisfied.
>
> (b) The applicant has paid the $105,000 as ordered by condition no. 6 of the "other conditions" set out in Exhibit A. The record of payments by the Department of Probation for Schenectady County dated July 18, 2001, signed

1

by Charlene M. Peek, restitution clerk, is attached to this application as Exhibit B. This record reflects payments totaling $105,000 in satisfaction of the restitution requirements set out in Exhibit A.

(c) On November 26, 2002 the applicant was discharged from probation by the Albany County Court, Stephen Herrick, J. This order is attached as Exhibit C.

(d) The applicant has taken and completed the MultiState Professional Responsibility Examination. The test was administered August 8, 2003, and the applicant scored a passing grade. The record from the National Conference of Bar Examiners of this test result is attached as Exhibit D.

(e) The applicant has attached the certificate from the New York State Bar Association reflecting that he has completed a program administered by the New York State Bar Association entitled "Ethics and Professionalism – Albany Session" on May 27, 2003. This record is attached as Exhibit E.

3. The applicant was sentenced in New York State, Albany County Court, on April 18, 2000. In that proceeding the court and prosecutor acknowledged that the applicant had already paid $100,000 restitution to the State of New York. The order and conditions of probation, Exhibit A herein, reflects, *inter alia*, the balance of the $200,000 order, as set out in paragraph 6 of Exhibit A. The transcript of proceedings in the Albany County Court on April 18, 2000 is attached as Exhibit F. Applicant attaches this exhibit so that there will be no misunderstanding with respect to the full restitution made to the State of New York.

4. The applicant, besides the CLE course administered by the State of New York Bar Association on ethics and professionalism on May 27, 2003 (Exhibit E) has completed a course at Union College's MBA program in "Ethics and the World Marketplace." The transcript of this course reflecting the applicant's passing grade is attached as Exhibit G.

5.  The applicant obtained the following degrees from the University of Buffalo: Bachelor's Degree in 1971; Master's Degree in 1973; Juris Doctor Degree in 1978; and Ph.D in 1979. The doctoral program was a joint Ph.D-J.D. program that combined law and the social sciences. The applicant's CV is attached to this application as Exhibit H.

6.  The applicant, having completed all the terms and conditions of his probation, resulting in his early discharge from probation, and having completed two ethics courses and passed the MultiState Professional Responsibility Examination, as aforesaid, applies for reinstatement to the Connecticut bar. The applicant intends to relocate to Connecticut to practice law upon reinstatement.

*Respectfully Submitted,*
The Applicant,

By: _____
WILLIAM F. GALLAGHER
The Gallagher Law Firm
His Attorneys.

GALLAGHER & CALISTRO • ATTORNEYS AT LAW
1377 BOULEVARD • P.O. BOX 1925 • NEW HAVEN, CONN. 06509-1925 • JURIS NO. 101311
(203) 624-4165 • TELEFAX (203) 865-5598

The undersigned, the applicant in the above-entitled matter, hereby states that the representations in the foregoing application are true and correct.

_____
LLOYD B. SOKOLOW
Applicant

Subscribed and sworn to before me this 15th day of October, 2003.

_____
~~COMMISSIONER OF SUPERIOR COURT~~
NOTARY PUBLIC

SUSAN A. AUSTIN
Notary Public in the State of New York
No. 4820784
Qualified in Schenectady County
My Commission Expires January 31, 2007

GALLAGHER & CALISTRO • ATTORNEYS AT LAW • 1377 BOULEVARD • P.O. BOX 1925 • NEW HAVEN, CONN. 06509-1925 • JURIS NO. 101311 • (203) 624-4165 • TELEFAX (203) 865-5598

4

## *ORDER*

The above application, pursuant to §2-53 of the Rules of Practice, is referred to the Standing Committee on Recommendations for Admission to the Bar for the Judicial District of Hartford.

Upon receipt from the Standing Committee on Recommendations for the Judicial District of Hartford of its investigation of the application, this court will convene a panel of three judges to hear and rule on the application.

The application is hereby ORDERED:  GRANTED  //  DENIED

*[Handwritten: Pursuant to §2-53 of C/B~ Appl. is referred to the Standing Comm on Rec. Adm. to the Bar. [signature] 10/29/13]*

THE COURT,

By: ____[signature: Bargunkach?]____

By: _____

By: _____

*[Handwritten: DNO DCA 10/28/03]*

GALLAGHER & CALISTRO • ATTORNEYS AT LAW
1377 BOULEVARD • P.O. BOX 1925 • NEW HAVEN, CONN. 06509-1925 • JURIS NO. 101311
(203) 624-4165 • TELEFAX (203) 865-5598

5