UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE (PCD) | : | DOCKET NO. 00GP22 |
| LLOYD B. SOKOLOW | : | SEPTEMBER 3, 2004 |

### SUPPLEMENT TO APPLICATION FOR REINSTATEMENT

The applicant, Lloyd B. Sokolow, hereby supplements the pending application for reinstatement to the Bar of the United States District Court, District of Connecticut, the following documents:

1. Certificate of Good Standing, attached as Exhibit I.

2. Transcript of proceedings before State Panel of Judges which readmitted the applicant dated May 26, 2004, attached as Exhibit J.

The application for reinstatement filed under date of July 21, 2004 stated in paragraph 9 that at the time of filing the applicant had not received the transcript of proceedings of the Connecticut reinstatement held May 26, 2004, nor had he received the Certificate of Good Standing from the Connecticut bar. Both have since been received, and the application is hereby supplemented with these exhibits.

*Respectfully Submitted,*
The Applicant,

By   _____
     WILLIAM F. GALLAGHER
     Federal Bar No. ct04147

     The Gallagher Law Firm
     1377 Boulevard – P.O. Box 1925
     New Haven, CT  06509-1925
     Tel:  (203) 624-4165
     Fax: (203) 865-5598
     E-mail:  wfg@gallagher-lawfirm.com

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this date to:

David L. Belt, Esq.
Attorney for Federal Grievance Committee
Jacobs, Grudberg, Belt & Dow
P.O. Box 606
New Haven, CT  06503

By:   _____
     WILLIAM F. GALLAGHER
     Federal Bar No. ct04147

     The Gallagher Law Firm
     1377 Boulevard – P.O. Box 1925
     New Haven, CT  06509-1925
     Tel:  (203) 624-4165
     Fax: (203) 865-5598
     E-mail:  wfg@gallagher-lawfirm.com