UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
SEP 14  9 47 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

IN RE: LLOYD B. SOKOLOW     :
                            :   Case No. 300GP22 (PCD)
                            :

## ORDER TO SHOW CAUSE

The Petitioner in this action has filed an Application for Reinstatement [Doc. No. 11] to the Bar of the United States District Court for the District of Connecticut. Accordingly, the Federal Grievance Committee, should it oppose the Application, is ordered to file on or before October 4, 2004 a memorandum in opposition to Petitioner's application for reinstatement and show cause why Petitioner should not be granted the relief that he requests. The Petitioner shall file any reply papers on or before October 15, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, September 13, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court