UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re LLOYD B. SOKOLOW

CIVIL NO.  00GP22 (PCD)

October 4, 2004

### MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO REINSTATEMENT AND OF HEARING DATE

The Federal Grievance Committee, by its undersigned Counsel, hereby requests an extension of time to file any opposition it may have to the Application for Reinstatement filed by Petitioner Lloyd B. Sokolow until December 15, 2004 and the time for the Petitioner to file any reply papers until December 31, 2004.

The reasons for this request are as follows:

1. The Court issued an Order to Show Cause on September 13, 2004 ordering the Federal Grievance Committee to file on or before October 4, 2004 a memorandum in opposition to Petitioner's application for reinstatement and show cause why Petitioner should not be granted the relief that he requested and that Petitioner shall file any reply papers on or before October 15, 2004.

2. The Court's Order to Show Cause was issued prior to receipt of any recommendation from the Grievance Committee as to the fitness of the Petitioner to be reinstated.

3. Local Rule 83.3(i) provides in part:

>(i) Reinstatement.
>
>1. An attorney suspended for a fixed period of time shall be automatically reinstated at the end of the period of suspension upon his or her filing (1) an affidavit with the Court demonstrating compliance with the provisions of the suspension order and (2) a certificate of good standing showing the attorney is a member in good standing in the Superior Court for the State of Connecticut or other state court.
>
>2. Petitions for instatement by a disbarred or suspended attorney whose period of suspension has not expired shall be filed with the Clerk. Upon the filing of the petition, it shall be assigned to the judge previously assigned the original grievance proceeding. Otherwise, it shall be randomly assigned to another judge of the district. The petition shall automatically be referred to counsel for the Grievance Committee, who shall give public notice by newspaper publication of such petition, allowing 30 days for comment. Counsel shall provide notice to the complainant that a petition for reinstatement has been filed.
>
>3. After the close of the public comment period, the Grievance Committee shall promptly schedule a hearing for the purpose of determining whether or not the petitioner should be reinstated. The Grievance Committee shall make a recommendation to the Court, within thirty (30) days of completing its independent investigation, as to the fitness of the petitioner to be reinstated.
>
>4. Within thirty (3) days of receiving the Committee's recommendation, the Judge assigned to the matter shall schedule a hearing at which the petitioner shall have the burden of demonstrating by clear and convincing evidence that he or she has the moral qualifications, competency and learning in the law required for admission to practice law before this Court and that his or her resumption of the practice of law will not be detrimental to the integrity and standing of the bar or to the administration of justice, or injurious to the public interest.

4. As of this time, insufficient time has elapsed for counsel for the Grievance Committee to give the required public notice allowing 30 days for comment and to provide

notice to the complainant. The text of the public notice has been transmitted to the Connecticut Law Tribune for publication, but has not yet been published. No hearing of the grievance Committee has yet been held for the purpose of determining whether or not Petitioner should be reinstated and the Grievance Committee has not yet made a recommendation to the Court, which may be made within thirty (30) days after completing its independent investigation as to the fitness of the Petitioner to be reinstated. It is anticipated that the hearing before the Federal Grievance Committee will be on Monday December 6, 2004.

     5.    Counsel for the Grievance Committee has spoken with William F. Gallagher, Esq. attorney for the Petitioner, who has stated that he has no objection to this motion being granted.

     6.    Under these circumstances, the Court's Order to Show Cause is premature and an extension of time is requested to allow the publication of the required notice, the conduct of a hearing before the Grievance Committee and for the Grievance Committee to make a recommendation to the Court.

>Respectfully submitted,
>THE FEDERAL GRIEVANCE COMMITTEE
>
>By  _____
>     David L. Belt (ct04274)
>     JACOBS, GRUDBERG, BELT & DOW, P.C.
>     350 Orange Street
>     New Haven, CT 06503
>     Tel.: (203) 772-3100
>     Fax: (203) 772-1691
>     E-mail: dbelt@jacobslaw.com
>     Its Counsel

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served by placing a copy thereof in the United States mail, first class postage prepaid to:

William F. Gallagher, Esq.
1377 Ella T. Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

this 4th day of October, 2004.

_____
David L. Belt