## LEGAL NOTICE

### REINSTATEMENT

A petition has been field by Lloyd Sokolow that he be reinstated to practice before the United States District Court for the District of Connecticut. Notice of said petition is hereby given pursuant to Rule 83.2 (i)2. of the Rule of the United States District Court for the District of Connecticut. Any member of the public or bar having comment to make should do so in writing, on or before November 12, 2004, addressed to the undersigned:

**Victoria C. Minor, Deputy Clerk**
**U.S. District Court**
**District of Connecticut of Connecticut**
**141 Church Street**
**New Haven, CT 06510**