UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

IN RE:

LLOYD B. SOKOLOW      :         Case Number: 00GP22 (PCD)
                          :
                          :         February 14, 2005

RECOMMENDATION FOR REINSTATEMENT

      Pursuant to Local Rule 83.2(i), Lloyd Sokolow has petitioned to be reinstated following his suspension from the bar of this court under Local Rule 83.2(f). Pursuant to Local Rule 83.2(i)(2), notice of the petition for reinstatement was given by newspaper publication. No comments were received from the public. On December 6, 2004 the Federal Grievance Committee met for the purpose of determining if Mr. Sokolow should be reinstated.

      The Federal Grievance Committee hereby recommends that this Court reinstate Lloyd Sokolow to the bar of this Court.

768260-1

FEDERAL GRIEVANCE COMMITTEE
FOR THE UNITED STATES DISTRICT
COURT


By /s/ Hugh F. Murray, III
    Hugh F. Murray, III – ct11418

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  **hmurray@murthalaw.com**

768260-1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 14th day of February 2005, to: William F. Gallagher, Esq., P.O. Box 1925, New Haven, CT 05609-1925.

/s/ Hugh F. Murray, III<br>
Hugh F. Murray, III

768260

768260-1