# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: LLOYD B. SOKOLOW | : |
| | :     Case No: 00GP22 (PCD) |
| | : |

## ORDER OF ATTORNEY REINSTATEMENT

Based upon the recommendation of the Federal Grievance Committee [Doc. No. 18], Lloyd B. Sokolow's petition for reinstatement to the bar of the United States District Court for the District of Connecticut [Doc. No. 11] is hereby **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, February  18 , 2005.

/s/
Peter C. Dorsey
United States District Judge